UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SIGURD ANDERSON,<br><br>         Defendant. | Case No. 15-cv-04345-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 22 |

The Court hereby grants Defendant's request to appear by telephone at the Case Management Conference scheduled for February 10, 2016 at 2:00 P.M.  ECF No. 22.

IT IS SO ORDERED.

Dated: February 8, 2016

_____
JON S. TIGAR
United States District Judge