UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SIGURD ANDERSON,<br>　　　　Defendant. | Case No. 15-cv-04345-JST<br><br>**ORDER**<br>Re: ECF Nos. 26, 27 |

　　　The Court, having considered the United States' Petition in this matter, and Pursuant to the Proposal of the United States, and for good cause shown therein, it is hereby ordered as follows:

　　　1. Respondent Sigurd Anderson shall appear before the Honorable Jon S. Tigar, United States District Judge, on the 4th day of April, 2016, at 2:00 p.m., in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why the Petition should not be granted, and Respondent should not be compelled to appear and provide documents and/or testimony as required by the summons.

　　　2. If Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing, filed with the Clerk and served on counsel for the United States, no later than March 9, 2016.

　　　3. The United States may file a reply memorandum to any opposition up to 7 court days after the filing and service of any such opposition.

　　　4. At the show-cause hearing, the Court will consider all issues raised by Respondent. Only those issues brought into controversy by the responsive pleadings and supported by an affidavit or declaration will be considered. Any uncontested allegation in the Petition will be considered admitted.

///

1  IT IS SO ORDERED.

2  Dated: February 18, 2016

_____
JON S. TIGAR
United States District Judge