UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIGURD ANDERSON,<br><br>　　　　　Defendant. | Case No. 15-cv-04345-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 28 |

Before the Court is Defendant's Motion for Specific Ruling. ECF No. 28. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 24, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: March 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge