JAY R. WEILL (State Bar No. 75434)
E-Mail:   jweill@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for DEFENDANT
SIGURD ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:15-CV-04345 JST |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE ORDER TO SHOW CAUSE SET FOR MAY 31, 2016** |
| v. | |
| SIGURD ANDERSON, | |
| Respondent. | |

The above matter is a summons enforcement case set for an Order to Show Cause on May 31, 2016.  This case is related to case No. 3:14-CV-01932 JST.

On April 26, 2016, attorneys Edward O.C. Ord and Cheng Zhang were terminated as counsel for Mr. Anderson in this matter and the undersigned counsel were substituted in the case. On May 18, 2016, we delivered to Revenue Agent Sarah Ho copies of bank records from UBS Switzerland that were the subject of the Order Granting Motion to Find Respondent in Contempt in No. 3:14-CV-01932-JST and requested in the IRS Summons at issue in this matter.

The parties stipulate and request that the Order to Show Cause set for May 31, 2016 be continued to June 30, 2016 to allow the Government to review the bank records to determine whether Respondent has now complied with the Summons at issue in this matter.

DATED: May 19, 2016                     Respectfully submitted,

SIDEMAN & BANCROFT LLP


By:     /S/JAY R. WEILL
    Jay R. Weill
    Attorneys for DEFENDANT
    SIGURD ANDERSON

DATED: May 19, 2016                     Respectfully submitted,

UNITED STATES OF AMERICA


By:     /S/MICHAEL G. PITMAN
    Michael G. Pitman
    Assistant United States Attorney, Tax Division
    Attorneys for United States of America

**ORDER**

Upon stipulation and joint request, the Order to Show Cause is continued to June 7, 2016 at 2:00 p.m.

DATED: May 20, 2016

_____
Honorable Jon S. Tigar
United S[tates]

*IT IS SO ORDERED*
/s/ Jon S. Tigar
Judge Jon S. Tigar

9511-1\2897037v1