BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Fax:               (408) 535-5066
Email: michael.pitman@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>Sigurd Anderson,<br><br>　　　　Respondent. | Civil No. 3:15-cv-04345-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SHOW<br>CAUSE HEARING |

Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the order to show cause hearing currently set in this matter for August 23, 2016 be continued until October 11, 2016 at 9:30 am.  The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

1  Respectfully submitted this 17th day of August, 2016,

BRIAN J. STRETCH
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ Jay R. Weill
JAY R. WEILL
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: jweill@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Respondent Sigurd Anderson

[PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the show cause hearing currently set in this matter for August 23, 2016 is continued until October 11, 2016 at 9:30 am.

DATED: August 17, 2016

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar