BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
michael.g.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>        v.<br><br>Sigurd Anderson,<br><br>    Respondent. | Civil No. 3:15-cv-04345-JST<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING PETITIONER UNITED STATES OF AMERICA'S PETITION TO ENFORCE IRS SUMMONS |

IT IS HEREBY STIPULATED AND AGREED by Petitioner the United States of America, and Respondent Sigurd Anderson, by and through undersigned counsel:

1.  This Stipulation is entered into by and between all parties to this matter

2.  The Court has jurisdiction over this matter under 26 U.S. C. §§ 7402(b) & 7604(a), and 28 U.S.C. § 1345, and venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391.

3.  The United States has established, by way of its Verified Petition to Enforce Internal Revenue Service Summons and the Declaration in support thereof, a prima facie case under *United States v. Powell*, 379 U.S. 48 (1964) for enforcement of the Internal Revenue Service summons dated June 24, 2015, a copy of which is attached as Exhibit 2 to the United States' Petition.

4.  Respondent does not seek to rebut the government's prima facia showing.

STIPULATION AND [PROPOSED] ORDER GRANTING
PETITIONER UNITED STATES OF AMERICA'S
PETITION TO ENFORCE IRS SUMMONS
Civil No. 3:15-cv-04345-JST

1

5.   The United States is entitled to entry of the [Proposed] Order attached hereto enforcing the summons at issue, and ordering Respondent to comply therewith.

Respectfully submitted this 21st day of November, 2016,

BRIAN J. STRETCH
Acting United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ Jay R. Weill
JAY R. WEILL
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: jweill@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Respondent Sigurd Anderson

## [PROPOSED] ORDER

Based upon the Stipulation of the parties, the United States' Verified Petition to Enforce Internal Revenue Service Summons, the Declaration in support thereof, and for good cause shown, IT IS HEREBY ORDERED as follows:

1.   The United States has established a prima facie case under *United States v. Powell*, 379 U.S. 48 (1964) for enforcement of the Internal Revenue Service summons at issue, and Respondent does not seek to rebut the government's prima facia showing. Accordingly, the Court GRANTS the United States' petition to enforce the Internal Revenue Service summons attached as Exhibit 2 to the United States' Petition.

2.   Respondent Sigurd Anderson is ORDERED to appear before Revenue Agent Sarah Ho, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Agent Ho or her designee, and produce the documents and give the testimony called for by the terms of

STIPULATION AND [PROPOSED] ORDER GRANTING
PETITIONER UNITED STATES OF AMERICA'S
PETITION TO ENFORCE IRS SUMMONS
Civil No. 3:15-cv-04345-JST

2

1  the summons dated June 24, 2015, a copy of which is attached as Exhibit 2 to the United States' petition
2  to enforce the IRS summons.

5  IT IS SO ORDERED.

7  Date:  November 21, 2016



HON.
UNIT_____DGE

STIPULATION AND [PROPOSED] ORDER GRANTING
PETITIONER UNITED STATES OF AMERICA'S
PETITION TO ENFORCE IRS SUMMONS
Civil No. 3:15-cv-04345-JST

3