BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5040
Fax: (408) 535-5066
Email: michael.pitman@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    v.<br><br>Sigurd Anderson,<br><br>    Respondent. | Civil No. 3:15-cv-04345-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SHOW<br>CAUSE HEARING |

Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the further case management conference currently set in this matter for July 12, 2017 be continued until September 20, 2017 at 2:00 pm.. The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

Respectfully submitted this 30th day of June, 2017,

BRIAN J. STRETCH
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ Jay R. Weill
JAY R. WEILL
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: jweill@sideman.com
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Respondent Sigurd Anderson

## [PROPOSED] ORDER

Based upon the request of the parties and for good cause shown, IT IS HEREBY ORDERED that the further case management conference currently set in this matter for July 12, 2017 is continued until September 20, 2017 at 2:00 pm. An updated joint case management conference statement is due by September 11, 2017.

DATED: July 6, 2017

IT IS SO ORDERED
Judge Jon S. Tigar